No. 98–6784. TRIGLER *v.* BRADLEY ET AL., 525 U. S. 1081;

No. 98–6928. PORTER *v.* HENDERSON, POSTMASTER GENERAL, 525 U. S. 1084;

No. 98–7016. MCCARTNEY *v.* TERRAL ET AL., 525 U. S. 1125;

No. 98–7291. IN RE SUMMERS, 525 U. S. 1101; and

No. 98–7357. NAGY *v.* UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, 525 U. S. 1128. Petitions for rehearing denied.

No. 97–9068. MORGAN *v.* KIMBROUGH ET AL., 525 U. S. 835. Motion for leave to file petition for rehearing denied.

No. 98–6148. PERCESEPE *v.* NEW YORK STATE DEPARTMENT OF LABOR ET AL., 525 U. S. 1107. Motion of petitioner to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

MARCH 25, 1999

No. A–790. FRENCH, WARDEN *v.* DAYAN ET AL., AS NEXT FRIENDS OF RICH. Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Fourth Circuit on March 23, 1999, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would deny the application to vacate the stay of execution.

No. 98–8538 (A–772). FISHER *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

MARCH 29, 1999

No. D–2021. IN RE DISBARMENT OF RECKDENWALD. Disbarment entered. [For earlier order herein, see 525 U. S. 1099.]